ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Medtronic, Inc.,

Plaintiffs

vs.

U.S. Xpress, Inc.

Defendant.

*Civil No: 00-2785 JMR/FLN*

**ORDER**

---

The above-entitled action came duly on for hearing before the undersigned Magistrate Judge without oral argument,

Jeffrey M. Baill Esq., 2350 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402, appeared for and on behalf of Plaintiff.

Michael C. Glover Esq., Suite 200, 941 Hillwind Road., N.E. Minneapolis, 55432, appeared for and on behalf of Defendant.

The Court, having been fully advised on the issues, and based upon all the files, records and proceedings herein,

JUL 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

1. Plaintiff is granted permission to amend its Complaint to correct the amount of damages alleged, from the amount of Forty-Five Thousand, Eight Hundred and One Dollars ($45,801.00) to an amount in excess of Four Hundred Fifty Thousand Dollars ($450,000.00.)

2. The discovery deadline is extended an additional forty-five (45) days, until August 15, 2001.

Dated: July 23, 2001

**BY THE COURT:**

Franklin L Noel

Magistrate Franklin Noel
Magistrate Judge of District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500