**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Medtronic, Inc.,

Plaintiffs,

vs.

U.S. Xpress, Inc.

Defendant.

*Civil No: 00-2785 JMR/FLN*

**Joint Stipulation in Support of Motion to Modify the Pretrial Schedule to allow:**

**1) Amendment of the Complaint to correct The amount of Damages Demanded and**

**2) Extension of Discovery for an additional 45 Days**

*Oral argument is waived by all parties*

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Medtronic, Inc., ("Medtronic") and its attorney, Jeffrey M. Baill, and Defendant, U.S. Xpress, Inc (U.S. Xpress") and its attorney, Michael C. Glover:

1. That due to a misunderstanding among Medtronic employees, the items allegedly damaged in the current action were incorrectly valued in the Complaint at the sum of Forty-Five Thousand, Eight Hundred and One Dollars ($45,801.00).

2. Therefore, the parties agree that Medtronic may amend its Complaint to allege that the the items damaged in the current action are now claimed to be valued at a sum in excess of Four Hundred Fifty Thousand Dollars ($450,000.00.)(*See* Amended Complaint provided herewith) For its part, USX does not contest Medtronic's motion to amend its complaint to assert a greatly increased damage amount. However, USX specifically does not agree, simply because it has

JUL 27 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

insufficient information to so agree, that the reasons given by Medtronic for the alleged error in pleading are, in fact, true. Therefore, USX specifically does not consent or stipulate to the reasons given by Medtronic and specifically reserves the right to contest them in discovery and trial in this matter.

3. That a non-party, third entity, Federal Express Corporation, possessed evidence crucial to this case. However, Federal Express Corporation ("Federal Express") was unable to quickly locate and provide such evidence to the parties. As a result discovery has been delayed. Furthermore, Federal Express is still trying to locate additional evidence to turn over to the parties.

4. The parties agree that the following discovery remains to be completed:

a) Medtronic seeks to depose a Federal Express Company Employee to follow up on documents provided and determine Federal Express' primary service areas.

b) U.S. Xpress seeks to finish the deposition of Medtronic Director of Transportation, Aaron Jorgenson, once additional documents have been received from Federal Express and to depose additional witnesses which may be identified in Mr. Jorgenson's continued deposition or identified in further discovery.

c) U.S. Xpress further requests that the discovery period be extended to allow it to adequately defend Medtronic's increased damage claim.

5. The following discovery has been completed:

a) The parties have exchanged and answered interrogatories and document requests.

b) Medtronic has subpoenaed documents from Federal Express and Federal Express has responded.

c) The deposition of Aaron Jorgenson, has been partially completed.

6. The parties agree that the discovery deadline should be extended an additional forty-five (45) days.

Dated: 7/17/01

YOST & BAILL, LLP

Jeffrey Baill

Jeffrey M. Baill (120601)
Attorney for Plaintiff
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000

Dated: 7\19\01

KALINA, WILLS, GISVOLD & CLARK, PLLP

Michael C. Glover (185401)
Attorneys for Defendant
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432-5694
(612) 789-9000

7/26/01
SO ORDERED:

Franklin L. Noel

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500